FILED

May 3 2016

~~Ed Smith~~
~~CLERK OF THE SUPREME COURT~~
~~STATE OF MONTANA~~
~~Case Number: AF 12-0374~~

MAY 03 2016

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 12-0374

IN THE MATTER OF MODIFYING THE RULES
FOR COURTS OF LIMITED JURISDICTION          O R D E R
TRAINING AND CERTIFICATION OF JUDGES

The Commission on Courts of Limited Jurisdiction has petitioned the Court for modification of Rule 4 of the Rules for Courts of Limited Jurisdiction, addressing the accessibility of recorded judicial training sessions. The Commission unanimously approved this revision at its meeting of March 18, 2016. The revision would modify Rule 4 by adoption of a new subsection (3) and reorder the subsequent subsections of the Rule accordingly. New Rule 4(3) will read as follows:

(3) Post training, individuals may request copies of recorded training sessions. However, in order to request dissemination of electronic transcription of training sessions, the requester must be eligible to attend training sessions as set out in subsection (2) above. Additionally, the requester must supply the Judicial Education Coordinator with the appropriate technology as requested; pay any associated shipping/handling costs; and request recorded copies from only the most recent COCLJ training conference and/or the most recent certification school.

Good cause appearing,

IT IS HEREBY ORDERED that Rule 4 of the Rules for Courts of Limited Jurisdiction is revised as set forth herein. The revision is effective immediately.

The Clerk is directed to provide a copy hereof to the Commission on Courts of Limited Jurisdiction. The Clerk is further directed to provide copies of this Order to the State Law Library; to Todd Everts, Connie Dixon and Derek Gallagher at Montana Legislative Services Division; to Helene Haapala and Colena Webb at Thomson Reuters;

to Robert Roy and Patti Glueckert at LexisNexis; and to the State Bar of Montana, with the request that the State Bar provide notice of the new rule on its website and in the *Montana Lawyer*.

DATED this 3rd day of May, 2016.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2